Matter of Hargis v Pritty-Pitcher (2024 NY Slip Op 03295)

Matter of Hargis v Pritty-Pitcher

2024 NY Slip Op 03295

Decided on June 14, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 14, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., CURRAN, MONTOUR, NOWAK, AND DELCONTE, JJ.

408 CAF 23-01048

[*1]IN THE MATTER OF DELBERT W. HARGIS, JR., PETITIONER-APPELLANT,
v
VICTORIA A. PRITTY-PITCHER, RESPONDENT-RESPONDENT. 

D.J. & J.A. CIRANDO, PLLC, SYRACUSE (REBECCA L. KONST OF COUNSEL), FOR PETITIONER-APPELLANT.

 Appeal from a judgment (denominated order) of the Family Court, Jefferson County (James K. Eby, R.), entered June 7, 2023. The judgment dismissed the petition for a writ of habeas corpus. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed without costs.
Entered: June 14, 2024
Ann Dillon Flynn
Clerk of the Court